**Transferred case has been opened**
**DCECF_LiveDB**   to: InterdistrictTransfer_TXWD            05/13/2013 04:42 PM

```
CASE: 1:12-cv-01165

DETAILS: Case transferred from Texas Western
has been opened in SOUTHERN DISTRICT OF TEXAS
as case 4:13-cv-01392, filed 05/13/2013.
```